TOM KELLER et al. v. STATE.

No. A-3179. Opinion Filed April 5, 1919.

(179 Pac. 785.)

Appeal from County Court, Seminole County.

D. G. Hart, Judge.

Tom Keller and Will Keller were each convicted of having unlawful possession of intoxicating liquors, Tom Keller being sentenced to pay a fine of $50 and to serve 90 days' imprisonment in the county jail, and Will Keller being sentenced to pay a fine of $50 and to serve 30 days in the county jail, and both appeal. Judgment affirmed.

PER CURIAM. This cause has been pending in this court since November 1, 1917, no brief having been filed in behalf of plaintiffs in error, and no appearance made by counsel to orally argue the same on the date the cause was submitted.

The court has examined the information, instructions of the court, and judgment and sentence, and finds the proceedings regular.

No reversible error having been urged either in a brief or by oral argument, and none appearing from an examination of the record, the judgment of the conviction as to each plaintiff in error is affirmed.